1  Alan J. Lazarus (State Bar No. 129767)
   alan.lazarus@dbr.com
2  Krista L. Cosner (State Bar No. 213338)
   krista.cosner@dbr.com
3  DRINKER BIDDLE & REATH LLP
   50 Fremont Street 20th Floor
4  San Francisco, CA  94105-2235
   Telephone:    (415) 591-7500
5  Facsimile:    (415) 591-7510

6  Attorneys for Defendants
   SMITHKLINE BEECHAM CORPORATION d/b/a
7  GLAXOSMITHKLINE and McKESSON
   CORPORATION
8

9                  UNITED STATES DISTRICT COURT

10                NORTHERN DISTRICT OF CALIFORNIA

11                     SAN FRANCISCO DIVISION

12

13  RONALD T. HAMMER                    Case No.  CV-08-3394 WDB
    REPRESENTATIVE OF THE ESTATE
14  OF RETHA M. SPAIN (DECEASED),       STIPULATION AND [PROPOSED]
                                        ORDER EXTENDING
15            Plaintiff,                DEFENDANTS' TIME IN WHICH
                                        TO RESPOND TO COMPLAINT
16       v.

17  SMITHKLINE BEECHAM
    CORPORATION d/b/a
18  GLAXOSMITHKLINE and McKESSON
    CORPORATION,
19
              Defendants.
20

21

22       IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, that the

23  time within which defendants SMITHKLINE BEECHAM CORPORATION d/b/a

24  GLAXOSMITHKLINE ("GSK") and McKESSON CORPORATION ("McKesson") (collectively

25  "Defendants") may move, answer, or otherwise respond to Plaintiff's Complaint shall be

26  governed by the Pretrial Orders entered in the multi-district litigation, *In re Avandia Marketing,*

27  *Sales Practices and Products Liability Litigation,* MDL 1871 (E.D. Pa.) before the Honorable

28

DRINKER BIDDLE &
REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION AND [PROPOSED] ORDER
EXTENDING DEFENDANTS' TIME TO RESPOND          CASE NO. CV-08-3394 WDB
SF01/ 598267.1

1  Cynthia M. Rufe, of the United States District Court for the Eastern District of Pennsylvania.[1]

2  Pursuant to Local Rule 6-1, stipulations which alter the date of any event or any deadline
3  already fixed by the Court require court approval. Although the parties believe this stipulation
4  will have no such effect, to the extent that it does, the parties request that this Court approve the
5  proposed order below, allowing the time frame for Defendants to move, answer, or otherwise
6  respond to Plaintiff's Complaint to be governed by the Pretrial Orders entered in the multi-district
7  litigation, *In re Avandia Marketing, Sales Practices and Products Liability Litigation*, MDL 1871
8  (E.D. Pa.).

9  IT IS SO STIPULATED:

10 Dated: July 28, 2008                    DRINKER BIDDLE & REATH LLP

12                                          By: */S/ Krista L. Cosner*
13                                              Krista L. Cosner
                                                Attorneys for Defendants
14                                              SMITHKLINE BEECHAM
                                                CORPORATION d/b/a
15                                              GLAXOSMITHKLINE and McKESSON
                                                CORPORATION

17 Dated: July 28, 2008                    THE MILLER FIRM, LLC

19                                          By: */S/ David Andersen*
20                                              David Andersen
                                                Attorneys for Plaintiff
21                                              RONALD T. HAMMER

22 Pursuant to stipulation, IT IS SO ORDERED:

23 Dated: 8-3-08

                                            _____
                                            United States District Court, Northern
                                            District of California
                                            Magistrate Judge Wayne D. Brazil

---

[1] The above-entitled action was tagged for transfer to MDL 1871 and awaits transfer by the Judicial Panel on Multidistrict Litigation.