**UNITED STATES DISTRICT COURT**
**Northern District of California**
1301 Clay Street
Oakland, California 94612

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
510.637.3530

**CASE NUMBER:  CV 08-03394 MHP**
**CASE TITLE:  RONALD T. HAMMER-v-SMITHKLINE BEECHAM CORP.**

<u>Amended  REASSIGNMENT ORDER</u>

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **Honorable MARILYN HALL PATEL**

  X   San Francisco Division

  ___  Oakland Division

  ___  San Jose Division for all further proceedings.

This case has been assigned the following new number: **C08-3394MHP**
**All future filings should reflect this new number.  The old number is no longer applicable to this case.  Please change all of your records accordingly.**

ALL MATTERS OTHER THAN TRIAL DATES PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Dated:    9/26/08

COMMITTEE:

FOR THE EXECUTIVE

_Richard W. Wieking_
Clerk

NEW CASE FILE CLERK:
Copies to:     Courtroom Deputies          Special Projects
Log Book Noted                              Entered in Computer KK 9/26/08

CASE SYSTEMS ADMINISTRATOR:
Copies to:     All Counsel
Transferor CSA